IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BERNITA WEST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:11-CV-479 (CAR) |
| MICHAEL J. ASTRUE, | : | |
| | : | SOCIAL SECURITY APPEAL |
| Defendant. | : | |
| _____ | : | |

ORDER ON THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 14] to reverse and remand the final decision of the Commissioner of Social Security denying Plaintiff Bernita West's claim a period of disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3). The Commissioner has not filed an objection to the recommendation. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 14] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. As a result, the Commissioner's decision is **REVERSED and REMANDED** for further proceedings

1

pursuant to Sentence Four of 42 U.S. § 405(g), in accordance with the Magistrate

Judge's Recommendation.


     **SO ORDERED,** this  <u>28</u>th day of March, 2013.

                                        <u>S/  C. Ashley Royal</u>
                                        C. ASHLEY ROYAL
                                        UNITED STATES DISTRICT JUDGE

SSH